PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DENNIS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:22-cv-00759-AC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due August 3, 2022. Defendant has not previously requested an extension of this deadline.

2. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. The Commissioner is in contact with OAO to ensure that the certified administrative record (CAR) is being properly certified for filing. The CAR in this case has not yet been finalized by OAO for filing. Accordingly, Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests an extension of 60 days until October 2, 2022, to respond to Plaintiff's Complaint.

Respectfully submitted,

United Disability Lawyers Group

Date: *August 2, 2022*   By:   *s/ Betty Herrera* *
Betty Herrera
(*as authorized by email)
*Authorized by email on August 2, 2022*
Attorneys for Plaintiff

Date: *August 2, 2022*   PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

DATED: August 2, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE